UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL L. FULENWIDER,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | 4:19-cv-03242 |

**AFFIDAVIT FOR ENTRY OF DEFAULT**

STATE OF ILLINOIS

COUNTY OF COOK

Nathan C. Volheim, being duly sworn, says that he is an attorney for the Plaintiff MICHAEL L. FULENWIDER in the above-entitled action; that the Complaint and Summons in this action were served on Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC, by hand-delivery on September 13, 2019; that service was properly made by Corin Johnson, a certified process and effectuated on Vanessa Hernandez of Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Company, Defendant's Registered Agent, who is authorized to accepted service on behalf of Defendant; that Defendant is not an infant, not in the military, and not an incompetent person; that the time within which Defendant may plead or otherwise defend has expired; that the Defendant has not plead, answered or otherwise defended, and that the time for Defendant to answer, plead or otherwise defend has not been extended

1

*[signature]*

Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*

**SWORN TO AND SUBSCRIBED** before me this __7th__ day of __October__, 2019.

_____
Notary

My commission expires __November 15__, 20__20__.

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020